82,332-01

MR. COLBY ROSS THURMAN #1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

TO: MR. TIMOTHY D. YEATS, DISTRICT JUDGE
    118TH JUDICIAL DISTRICT
    POST OFFICE BOX 528                    DATED: MARCH 09,2014
    BIG SPRING, TEXAS 79721


    RE: EX PARTE: COLBY ROSS THURMAN, CAUSE NUMBER: 12720-(A):


Dear Mr. Yeats.
    Greetings. Enclosed, are the original; Colby Ross Thurman,
Affidavit dated for March 09,2015 and the Appendix-.A. through-.E.


    The affidavit of Colby Ross Thurman, clearly prove with these
Appendix-.A. through-.E. the inadequate notice for mandatory super-
vision early release.
    If, you need me to be sworn under oath or testify under oath,
a motion for warrant from the bench needs to be granted by you, sir.


                        Respectfully submitted,



                        _____
                        MR. COLBY ROSS THURMAN #1806079

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 19 2015
Abel Acosta, Clerk

C.C.files;
Howard County Texas, District (Honorable Judge) Mr. Timothy D. Yeats

IN THE STATE OF TEXAS                    §

COUNTY OF HARTLEY                        §        WRIT NUMBER: 12720-(A):

                                         §

## AFFIDAVIT:

BE IT ACKNOWLEDGED, that I, COLBY ROSS THURMAN, the undersigned
affiant, being of legal age, of sound mind, and able to make this
affidavit, do hereby say,under oath the followngs;

1),On July 25,2014 I sent a notification-letter to the Dalhart Unit;
   Parole Panel; Mr. Scrivner.See;(Appendix-.D.:Notify-letter).

2),Mr. Scrivner, did not notify me of the mandatory supervision
   review. See;(Appendix-.C.:Executed date; August 30,2014).

3),Because Mr. Scrivner, failure to notify me, of the mandatory
   supervision review, it deprived me from presenting my Judgment of
   conviction sheet'(s), inorder to prove that my case is not Aggra-
   vated. See;(Appendix-.A. and .B.:Judgment of conviction sheet'(s),
   filed on October 14,2009 and August 17,2012).

4),Mr. Scrivner, knowingly and intenionally did then and there,
   deprive me of the lack of notice for mandatory supervision review,
   when my actual flat, work, and good-time was way over my five year
   sentence. See; (Appendix-.E.:Texas Department of Criminal Justice;
   Credits/Percentage sheet, filed on June 18,2014).

5),Mr. Scrivner, failure to notify me, of the mandatory supervision
   review, clerly prove that, theres no-evidence of my signature upon
   any granted or denied;"decision dates."

## DECLARATION:

   I, declare under the Penalty of Perjury that, the said above fore-
going, is true and correct to the best of my knowledge, as this affi-
davit is freely made, presented to; V.T.C.A. CVI, PROC, REM, CODE,
§§ 132.003, and 132.001.

          Executed date; March 09,2015
                              Affiant; _Colby Ross Thurman_
                              MR.COLBY ROSS THURMAN#1806079
                              DALHART UNIT
                              11950 FM 998
                              DALHART, TEXAS 79022


                    Page 1 Of 1,

WRIT NUMBER: <u>12720-(A):</u>

EX PARTE                              §      IN THE 118TH DISTRICT COURT

COLBY ROSS THURMAN,                    §      OF THE

                                       §      HOWARD COUNTY, TEXAS

## <u>APPLICANTS APPENDIX'S IN SUPPORT:</u>

TO THE HONORABLE OF SAID HABEAS COURTS:

    Now Comes, COLBY ROSS THURMAN, Applicant, and file this his Appendix .A. through .E. in the said above style and number cause, and will present the followings;

## <u>TABLE OF CONTENTS:</u>

<u>TITLES:</u>                                                        <u>APPENDIXS:</u>

JUDGMENT OF CONVICTION BY COURT-WAIVER
OF JURY TRIAL FILED:OCTOBER 14,2009......................APPENDIX-.A.

JUDGMENT REVOKING COMMUNITY
SUPERVISION FILED:AUGUST 17,2012........................APPENDIX .B.

COLBY ROSS THURMAN-AFFIDAVIT
IN SUPPORT..............................................APPENDIX-.C.

MANDATORY SUPERVISION REQUEST-LETTER TO
DALHART UNIT:BOARD OF PARDONS AND PAROLES...............APPENDIX .D.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE: TIME
CREDITS/PERCENTAGE SHEET................................APPENDIX-.E.

                                   Respectfully submitted,

Mr, Colby Ross Thurman#1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

APPENDIX-.A.

JUDGEMENT OF CONVICTION BY COURT WAIVER
OF JURY TRIAL FILED; OCTOBER 14,2009



| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 118TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| COLBY ROSS THURMAN | § | HOWARD COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX06369552 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. ROBERT H. MOORE, III | Date Judgment Entered: | OCTOBER 14 2009 |
|---|---|---|---|
| Attorney for State: | ROBIN D. ORR | Attorney for Defendant: | RICK HAMBY |

Offense for which Defendant Convicted:
POSSESSION OF CONTROLLED SUBSTANCE

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 481.115 ( c) Health and Safety Code |

Date of Offense:
July 30, 2009

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
FIVE (5) YEARS INSTITUTIONAL DIVISION -TDCJ/ PROBATED FOR FIVE (5) YEARS + $500.00 FINE

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | OCTOBER 14 2009 | Date Sentence to Commence: | OCTOBER 14 2009 |
|---|---|---|---|

| Punishment and Place of Confinement: | FIVE (5) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN CONCURRENTLY.

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR FIVE (5) YEARS.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: | |
|---|---|---|---|---|
| $ 500.00 NOT PROBATED | $ 300.00 | $ N/A | ☐ VICTIM (see below) | ☒ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | | | |
|---|---|---|---|---|---|---|
| Time Credited: | From   to | From   to | From   to | | | |
| | From   to | From   to | From   to | | | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | | | | |
| | N/A DAYS    NOTES: N/A | | | | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Howard County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant comn    ed the above offense and ORDERS, ADJUDC    J AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the HOWARD COUNTY DISTRICT CLERK'S OFFICE. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of        County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the       . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the       County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☐ The Court ORDERS Defendant's sentence EXECUTED.

☒ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on _14_ day of October, 2009

X _Robert H. Moore_

__ROBERT H. MOORE, III__
JUDGE PRESIDING

Clerk: COLLEEN BARTON, HOWARD COUNTY DISTRICT CLERK

BY: _Brooke Barger_
DEPUTY



Right Thumbprint

APPENDIX-.A.

APENDIX-.B.

JUDGEMENT REVOKING COMMUNITY
SUPERVISION FILED; AUGUST 17, 2012

THE STATE OF TEXAS

V.

COLBY ROSS THURMAN

STATE ID No.: TX06369552

§
§
§
§
§
§
§
§

IN THE 118TH DISTRICT

COURT

HOWARD COUNTY, TEXAS

## JUDGMENT REVOKING COMMUNITY SUPERVISION

| Judge Presiding: | HON. TIMOTHY D. YEATS | Date Judgment Entered: | 8/17/2012 |
|---|---|---|---|
| Attorney for State: | ROBIN D. ORR | Attorney for Defendant: | C.E. "MIKE" THOMAS, III |

Date of Original Community Supervision Order:
10/14/2009

Statute for Offense:
481.115 (c) Health and Safety Code

Offense for which Defendant Convicted:
POSSESSION OF CONTROLLED SUBSTANCE

Date of Offense:
7/30/2009

Degree of Offense:
3RD DEGREE FELONY

Plea to Motion to Revoke:
TRUE

Findings on Deadly Weapon:
N/A

Original Punishment Assessed:
FIVE (5) YEARS INSTITUTIONAL DIVISION, TDCJ PROBATED FOR FIVE (5) YEARS FINE: $ 500.00 NOT PROBATED

Shock Community Supervision:
N/A          FINE: $ N/A

| Date Sentence Imposed: | 8/17/2012 | Date Sentence to Commence: | 8/17/2012 |
|---|---|---|---|

Punishment and Place of Confinement:      FIVE (5) YEARS INSTITUTIONAL DIVISION, TDCJ

### THIS SENTENCE SHALL RUN CONCURRENTLY.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $ 50.00 $171.78 (Prev. Bal.) | $ N/A | ☐ VICTIM (see below)  ☒ AGENCY/AGENT (see below) |

☒ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

### IS ORIGINAL JUDGMENT / SENTENCE REFORMED? NO

☐ In accordance with Section 12.44(a) Penal Code, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. Defendant is adjudged to be guilty of a state jail felony and is assessed punishment indicated above.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From | to | From | to | From | to |
|---|---|---|---|---|---|---|
| | From | to | From | to | From | to |

*48 days credit*
*TJ*

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

N/A DAYS     NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called in Howard County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

The State filed a motion to revoke Defendant's community supervision. After hearing the State's motion, Defendant's plea, the evidence submitted, and reviewing the record, the Court GRANTS the State's motion. The Court's record indicates that Defendant

was previously convicted of a felony offense and punishment was assessed as indicated above. The record indicates the Court ordered imposition of Defendant's sentence of confinement suspended and placed Defendant on community supervision for **5 YEARS.**

The Court FINDS Defendant has violated the conditions of community supervision as set out in the State's **AMENDED** Motion to Revoke Community Supervision as follows:

PARAGRAPHS 1-3 & 5-11

Accordingly, the Court ORDERS the previous orders in this cause suspending imposition of sentence of confinement and placing Defendant on community supervision REVOKED. **(select one of the following)**

☒ The Court ORDERS Defendant punished in accordance with the judgment and sentence originally entered in this cause.

☐ Finding it to be in the interest of justice, the Court ORDERS Defendant punished in accordance with the reformed judgment and sentence indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Howard County District Clerk's Office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____ . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the _____ County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

The Court ORDERS Defendant's sentence EXECUTED.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

The Court further ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Furthermore, the following special findings or orders apply:**

**Signed and entered on August 17, 2012**

X _____
TIMOTHY D. YEATS
JUDGE PRESIDING

Clerk: COLLEEN BARTON, HOWARD COUNTY
DISTRICT CLERK

By: _____
DEPUTY

FILED

12 AUG 20 PM 1: 21

COLLEEN BARTON
DISTRICT CLERK HOWARD COUNTY

BY DEPUTY _____

Right Thumbprint

APPENDIX-.B.

APPENDIX-.C.

COLBY ROSS THURMAN-AFFIDAVIT

IN SUPPORT

IN THE STATE OF TEXAS                    §

COUNTY OF HARTLEY                         §         WRIT NUMBER: 12720-(A):

                                          §

## AFFIDAVIT:

BE IT ACKNOWLEDGED, that I, COLBY ROSS THURMAN, the under signed affiant, being of legal age, of sound mind, and able to make this affidavit, do hereby say, under oath the followings;

A), I am presently incarcerated in the Texas Department of Criminal Justice Institution Davision (TDC) at; Dalhart Unit, of Hartley County, Texas.

B), I declare that, I have requsted to the Dalhart Unit Board of Pardons and Paroles, my mandatory supervision. But was ignored with out a proper legal reason's.

C), I declare that, the time-percentage-sheet, is more then fifty percent, equal towards my total five-years sentence.

D), I was convicted for; Possession of Controlled Substance, with out a finding of a deadly weapon.

## DECLARATION:

I, Declare under the Penalty of Perjury, that the foregoing said above, is true and correct to the best of my knowledge, as this affidavit is freely made presented to; V.T.C.A. CVI, PROC, REM, CODE §§ 132.001, and 132.003.

Executed date; August 30, 2014

Affiant; _Colby Ross Thurman_
MR, COLBY ROSS THURMAN
TDC No#1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79011

*(APPLICANT:COLBY ROSS THURMAN-AFFIAVIT)*

PAGE 1 of 1,                          APPENDIX-.C.

APPENDIX-.D.

MANDATORY SUPERVISION REQUEST-LETTER TO

DALHART UNIT: BOARD OF PARDONS AND PAROLES

TO: PAROLE PANEL UNIT ASSIGNMENT:DALHART      FROM: COLBY ROSS THURMAN
ATTN. MR. SCRIVNER                            #1806079 DALHART UNIT C-207-B

RE: TEAXS GOVERNMENT CODE SECTION 508.147(A)    Dated; July 25, 2014
    RELEASE TO MANDATORY SUPERVISION:

DEAR MR. SCRIVNER,
    I COLBY ROSS THURMAN WOULD LIKE TO PLEASE HAVE MY MANDATORY
SUPERVISION ELIGIBILITY DATE TO BE RECALCULATED WITHOUT THE EFFECT
OF (NO AFFIRMATIVE FINDING REGAURDING USE OF A DEADLY WEAPON.) I
WAS INDICTED FOR POSSESSION OF CONTROLED SUBSTANCE, SEE JUDGMENT OF
CONVICTION BY COURT-WAIVER OF JURY TRIAL APPENDIX-A; CAUSE NO.12720
ALSO SEE JUDGMENT REVOKING COMMUNITY SUPERVISION APPENDIX-B; CAUSE
NO.12720

    ON OCTOBER 14, 2009,I VOLUNTARY AGREED TO PLEA-GUILTY TO A (NON-
AGGRAVATED POSSESSION OF CONTOLLED SUBSTANCE) THE HOWARD COUNTY OF
TEXAS 118TH DISTRICT COURT, JUSTICE MR. ROBERT H. MOORE,III,(AGREED
TO MAKE NO AFFIRMATIVE FINDING REGAURDING THE USE OF A DEADLY WEAPON)

    ON AUGUST 17, 2012, I VOLUNTARY PLED TRUE TO A (REVOKATION OF
COMMUNTY SUPERVISION) THE HOWARD COUNTY OF TEXAS 118TH DISTRICT
COURT, JUSTICE MR. TIMOTHY D. YEATS, (AGREED TO MAKING NO AFFIRMATIVE
FINDING REGAURDING THE USE OF A DEADLY WEAPON)
    SEE APPENDIX-A: JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY
TRIAL FILED ON , OCTOBER 14 2009......
    SEE APPENDIX-B: JUDGMENT REVOKING COMMUNITY SUPERVISION FILED:
AUGUST 17, 2012.....

    THE SAID ABOVE STATUTE AT ISSUE IN THIS CASE PROVIDES THAT A
PRISONER SHALL BE RELEASED TO MANDATORY SUPERVISION, WHEN HIS ACTUAL
TIME SERVED AND ACCRUED GOOD CONDUCT TIME ADD UP TO HIS TOTAL
SENTENCE. THE PRISONER: COLBY ROSS THURMAN HAS MORE THAN 60%
DONE. SEE APPENDIX-E: TEXAS DEPARTMENT OF CRIMINAL JUSTICE: TIME
CREDITS/PERCENTAGE SHEET....

    UNLIKE PAROLE WHICH REQUIRES THAT THE BOARD VOTE IN FAVOR OF RE-
LEASE. THE MANDATORY STATUTE REQUIRES THAT THE OFFENDER BE RELEASED
ABSENT BOARD ACTION TO THE CONTRARY; AND WILL CREATE A LIBERTY INTEREST.

    THE PRISONER: COLBY ROSS THURMAN REQUESTS THAT HE BE RELEASED TO
MANDATORY SUPERVISION WITH CONDITIONS AND BE REVIEWED IN 30-DAYS.

c.c.FILE: PLEASE RETURN                 RESPECTFULLY SUBMITTED
PAROLE PANEL UNIT ASSIGNMENT:           TDCJ NO.1806079
DALHART UNIT, MR.SCRIVNER               DATE:
1195 FM 998                             COLBY ROSS THURMAN
DALHART, TEXAS 79022                    DALHART UNIT 11950 FM 998
                                        DALHART TEXAS 79022

                    Page 1 of 1, .

                                        APPENDIX-.D.

APPENDIX-.E.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE: TIME

CREDITS/PERCENTAGE SHEET

T. D. C. J. - INSTITUTIONAL DIVISION
DATE 06/16/14          RECORD OFFICE          TIME 12:32:44
TDCJID: 01936079 NAME: THURMAN, COLBY ROSS          UNIT DALHART
SENT. BEGIN DATE 06/10/2012 TDC RECEIVE DATE 09/14/2012
INMATE STATUS LINE CLASS III                    &    LAST MCR REQUEST 06/13/14

     SENT. OF RECORD      00005    YRS 06 MOS 00 DAYS    MAND SUPV PAROLE
     FLAT TIME SERVED     00001 YRS 11 MOS 19 DAYS    039  %    035  %
     GOOD TIME EARNED     00000 YRS 02 MOS 25 DAYS    004  %    004  %
     WORK TIME EARNED     00000 YRS 06 MOS 07 DAYS    010  %    010  %
     MAND SUPV TIME CREDIT  00002 YRS 00 MOS 15 DAYS    053  %
     PAROLE TIME CREDITS   00003 YRS 08 MOS 15 DAYS             053  %
     MINIMUM EXPIRATION DTE: 05/29/2016
     MAXIMUM EXPIRATION DTE: 06/30/2017

JAIL GOOD TIME RECD YES          NUMBER OF DETAINERS 00
GOOD TIME LOST 00172 DAYS        WORK TIME LOST 00000 DAYS
PAROLE STATUS   BPP DATE                    TDC CALC DATE 04/10/2011


REQUEST _____
CONDUCT RECORD:

APPENDIX-.E.